HELGERSON, Respondent, v. ALLEY, et al, Appellants.

(235 N. W. 366.)

(File No. 7183. Opinion filed May 11, 1931.)

*Matz & Wipf,* of Huron, for Appellant.

*C. R. Keister,* of Mitchell, for Respondent.

PER CURIAM. Defendant Ingle demurred to the amended complaint of the plaintiff, and from an order overruling his demurrer he has appealed. The complaint is far from a model pleading, but we are not convinced that the learned trial judge erred in holding the same good as against demurrer. We think no useful purpose would be served by setting out the complaint or discussing the matter at further length.

The order appealed from is affirmed.

STATE, Respondent, v. SHEPARD, Appellant.

(236 N. W. 468.)

(File No. 6748. Opinion filed May 11, 1931.)

*Atwater & Helm,* of Sturgis, for Appellant.

*M. Q. Sharpe,* Attorney General, and *Frank W. Mitchell,* Assistant Attorney General, for the State.

PER CURIAM. The defendant was convicted in Meade county of the crime of grand larceny, and has appealed to this court. Assignments of error Nos. 1 to 29, inclusive, relate to the reception and rejection of evidence by the trial court. We have carefully reviewed those assignments, and find nothing prejudicial in the rulings of the trial court. The other assignments relate to the refusal of the trial court to grant a new trial, and, after examining the record, we are satisfied that the trial court did not abuse its discretion in refusing to grant a new trial.

The judgment and order appealed from are affirmed.

POLLEY, P. J., and ROBERTS, J., took no part.